Generated: Nov 6, 2025 10:22AM                                                                 Page 1/1



# U.S. District Court

## California Northern - San Jose

Receipt Date: Nov 6, 2025 10:22AM

Lee Drone  
1430 Ellen Ave  
Madison, WI 53716

| Rcpt. No: 511019590 | Trans. Date: Nov 6, 2025 10:22AM | | | Cashier ID: #JK (7195) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

Comments: 5:25-CV-09580-NC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.