AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| LEE DRONE <br><br> *Plaintiff(s)* <br> v. <br> JUDGE RYAN D NILSESTUEN ET AL <br><br> *Defendant(s)* | Civil Action No. 25-cv-09580-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RYAN D. NILSESTUEN
DANE COUNTY CIRCUIT COURT BRANCH 10
215 S HAMILTON STREET
RM 8107
MADISON, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee Drone
3964 Rivermark Plaza, Unit 2514
Santa Clara, CA 95054
Email: lee.drone@gmail.com
Phone: (408) 510-8639
Service by email or fax accepted with prior notice

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 07 2025

CLERK OF COURT

MARK B. BUSBY

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| LEE DRONE )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>JUDGE RYAN D NILSESTUEN ET AL )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 25-cv-09580-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH J KLEIN
123 MAIN STREET
SUITE 201
MADISON, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee Drone
3964 Rivermark Plaza, Unit 2514
Santa Clara, CA 95054
Email: lee.drone@gmail.com
Phone: (408) 510-8639
Service by email or fax accepted with prior notice

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 07 2025

CLERK OF COURT

MARK B. BUSBY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LEE DRONE<br><br>*Plaintiff(s)*<br>v.<br>JUDGE RYAN D NILSESTUEN ET AL<br><br>*Defendant(s)* | Civil Action No. 25-cv-09580-NC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAULA GOODMAN
1430 ELLEN AVENUE
MADISON, WI 53716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee Drone
3964 Rivermark Plaza, Unit 2514
Santa Clara, CA 95054
Email: lee.drone@gmail.com
Phone: (408) 510-8639
Service by email or fax accepted with prior notice

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 07 2025

CLERK OF COURT
MARK B. BUSBY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| LEE DRONE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-09580-NC |
| JUDGE RYAN D NILSESTUEN ET AL | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALLEN S PORTER
PO BOX 7093
MADISON, WI 53707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee Drone
3964 Rivermark Plaza, Unit 2514
Santa Clara, CA 95054
Email: lee.drone@gmail.com
Phone: (408) 510-8639
Service by email or fax accepted with prior notice

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 07 2025

CLERK OF COURT

MARK B. BUSBY

*Signature of Clerk or Deputy Clerk*