UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEE DRONE                    ,

       Plaintiff(s),

    v.

JUDGE RYAN D. NILSEST⊞   ,

       Defendant(s).

Case No. 25 CV 09580 ekl

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Allen Steven Porter_____, an active member in good standing of the bar of Supreme Court of Wisconsin_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paula Goodman and Allen Steven in the above-entitled action. My local co-counsel in this case is Dan Roth_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 270569_____.

P.O. Box 7093, Madison, Wisconsin 53707
MY ADDRESS OF RECORD

(608) 698-9319
MY TELEPHONE # OF RECORD

asp5949@mailbag.com
MY EMAIL ADDRESS OF RECORD

803 Hearst Ave.  Berkeley, CA 94710
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 849-1389
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dan@drothlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1000195_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court N/A_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: _December 8, 2025_            Allen Steven Porter

5                                          APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of _Allen Steven Porter_ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                             _____

18                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *ALLEN STEVEN PORTER*

*was admitted to practice as an attorney within this state on June 15, 1983 and is presently in good standing in this court.*

*Dated: November 26, 2025*



*SHEELAH GUILD*
*Chief Deputy Clerk of Supreme Court*



AP-7000, 03/2005 Certificate of Good Standing