|  |  |  |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | | |

| | |
|---|---|
| LEE DRONE                          , <br><br>       Plaintiff(s), <br><br>    v. <br><br> JUDGE RYAN D. NILSESTH    , <br><br>       Defendant(s). | Case No. 25 CV 09580 ekl <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Allen Steven Porter, an active member in good standing of the bar of Supreme Court of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paula Goodman and Allen Steven in the above-entitled action. My local co-counsel in this case is Dan Roth, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 270569.

| | |
|---|---|
| P.O. Box 7093, Madison, Wisconsin 53707 <br> MY ADDRESS OF RECORD | 803 Hearst Ave.  Berkeley, CA 94710 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (608) 698-9319 <br> MY TELEPHONE # OF RECORD | (510) 849-1389 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| asp5949@mailbag.com <br> MY EMAIL ADDRESS OF RECORD | dan@drothlaw.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1000195.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court N/A times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2025

Allen Steven Porter
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allen Steven Porter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 11, 2025

EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                   2