AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-09580-NC

**FILED**
**DEC 11 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judge Ryan W. Sesstuen
was received by me on *(date)* November 20, 2025

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Becky Grant, who is designated by law to accept service of process on behalf of *(name of organization)* Ryan Nilsestuen
215 S. Hamilton St on *(date)* 11/24 @ 1:05 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 11/24/25

Server's signature

Brian W Grafton
Printed name and title

115 W. Doty St Madison WI 53703
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-09580-NC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



FILED
DEC 1 1 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This summons for *(name of individual and title, if any)* Joseph Klein

was received by me on *(date)* November 20, 2025.

☑ I personally served the summons on the individual at *(place)* 123 E Main St City of Madison on *(date)* 12-8-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 12-8-25

*Server's signature*

Brian W. Grafton
*Printed name and title*

115 W Doty St Madison WI 53703
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-09580-NC

**FILED**
**DEC 11 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paulc Goodman

was received by me on *(date)* November 20, 2025

☒ I personally served the summons on the individual at *(place)* 1432 Ellen Ave
  Madison, WI
  on *(date)* 12-1-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ —— for travel and $ 40 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 12-1-25

_Server's signature_

F. Simpson #1953 Deputy
_Printed name and title_

115 W. Doty St. Madison, WI 56703
_Server's address_

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-09580-NC

**FILED**

DEC 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLEN S. PORTER
was received by me on *(date)* 11/20/25.

☒ I personally served the summons on the individual at *(place)* 1502 W. BROADWAY, STE 303, MADISON, WI 53718 on *(date)* 11/20/25, 2:00 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 11/21/25

*Server's signature*

DAVID OVERLIN, PROCESS SERVER
*Printed name and title*

345 W. WASHINGTON AVE, MADISON, WI 53703
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)