UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DRONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER D. BEAR, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-09583-BLF<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Eumi K. Lee for consideration of whether the case is related to *Drone v. Nilsestuen et al.*, Case No. 25-cv-9580.

**IT IS SO ORDERED.**

Dated: December 12, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge