UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 26 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**Case No.:** 5:25-CV-09580-EKL

**LEE DRONE**
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff*

v.

**JUDGE RYAN D. NILSESTUEN** *(official capacity)*;
**RYAN D. NILSESTUEN** *(individual capacity)*;
**PAULA GOODMAN**;
**ATTORNEY JOSEPH J. KLEIN; AND**
**ATTORNEY ALLEN S. PORTER.**
*Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 26, 2025**, I served a true and correct copy of the following document:

1. **Plaintiff's Opposition to Defendants Goodman and Porter's Motion to Dismiss**

by depositing the same in the United States mail, first-class postage prepaid, addressed as follows:

**A. Steven Porter**
Attorney for Defendants Allen S. Porter, Joseph J. Klein, and Paula Goodman
P.O. Box 7093
Madison, WI 53707

**Dan Roth**
Attorney for Defendant Paula Goodman
Law Office of Dan Roth
803 Hearst Avenue
Berkeley, CA 94710

**Ryan D. Nilsestuen**
Defendant (not yet appeared)
Dane County Circuit Court – Branch 10
215 S. Hamilton Street, Room 8107
Madison, WI 53703

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated:** December 26, 2025

Respectfully submitted,

*[signature]*

**Lee Drone**
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff, Pro Se*