**FILED**

FEB 03 2026 

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**LEE DRONE**
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff*

v.

Case No. 5:25-CV-09580-EKL

**JUDGE RYAN D. NILSESTUEN** *(official capacity)*;
**RYAN D. NILSESTUEN** *(individual capacity)*;
**PAULA GOODMAN;**
**ATTORNEY JOSEPH J. KLEIN; AND**
**ATTORNEY ALLEN S. PORTER.**
*Defendants*

---

### REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT RYAN D. NILSESTUEN (INDIVIDUAL CAPACITY ONLY)

---

Plaintiff respectfully requests that the Clerk enter default pursuant to Federal Rule of Civil Procedure 55(a) as to Defendant Ryan D. Nilsestuen, named in this action in his individual capacity.

As reflected in the docket:

1. Defendant Ryan D. Nilsestuen was served with process.
2. The time to file a responsive pleading has expired.
3. Defendant Ryan D. Nilsestuen has not filed an answer, motion, or other responsive pleading.

Plaintiff seeks no relief other than the ministerial entry of default by the Clerk as provided by Rule 55(a).

---

**Dated:** February 3, 2026

Respectfully submitted,



**Lee Drone**
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff, Pro Se*