UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 03 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**LEE DRONE**
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff*

v.                                    Case No. 5:25-CV-09580-EKL

**JUDGE RYAN D. NILSESTUEN** *(official capacity)*;
**RYAN D. NILSESTUEN** *(individual capacity)*;
**PAULA GOODMAN**;
**ATTORNEY JOSEPH J. KLEIN; AND**
**ATTORNEY ALLEN S. PORTER.**
*Defendants*

**NOTICE OF NON-APPEARANCE BY JUDGE RYAN D. NILSESTUEN (OFFICIAL-CAPACITY ONLY)**

Plaintiff respectfully provides notice for the record that Judge Ryan Nilsestuen, named in this action in his official capacity for declaratory and injunctive relief as expressly identified in the Complaint's "Primary Actor(s)" designations, has not filed a notice of appearance, answer, motion, or other responsive pleading as of the date of this filing.

This notice is provided solely to reflect the current procedural posture of the official-capacity claims as they appear on the docket.

Plaintiff does not seek any relief by way of this notice.

**Dated:** February 3, 2026

Respectfully submitted,

**Lee Drone**
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff, Pro Se*