A. Steven Porter
Appearing pro hoc vice
Wisconsin State Bar No. 1000195
P.O. Box 7093
Madison, Wisconsin 53707
(608) 662-2285
Fax: (608) 819-6466
(608) 698-9319 (cell)
asp5949@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE DRONE,<br><br>                 Plaintiff,<br><br>vs.<br><br>JUDGE RYAN D. NILSESTUEN (official capacity), RYAN D. NILSESTUEN (individual capacity), PAULA GOODMAN, ATTORNEY JOSEPH J. KLEIN, and ATTORNEY ALLEN S. PORTER,<br><br>                 Defendants. | CASE NO. 25 CV 09580 ekl<br><br>**DEFENDANTS PAULA GOODMAN, JOSEPH KLEIN AND ALLEN S. PORTER'S CASE MANAGEMENT STATEMENT** |

Defendants Paula Goodman, Joseph J. Klein and Allen S. Porter, by their attorney, A. Steven Porter (who is also defendant Allen S. Porter) appearing pro hoc vice for Paula Goodman and Joseph J. Klein, hereby submit the following as their case management statement in anticipation of the case management conference to be held on April 22, 2026, in conjunction with the hearing on their motions to dismiss plaintiff's complaint for lack of personal and subject matter jurisdiction.

1.       Jurisdiction and Service:

Defendants' have moved to dismiss plaintiff's Complaint in its entirety for lack of personal and subject matter jurisdiction.

EKL - 1

In his 220-page Complaint attempts to employ 42 U.S.C. § 1983 to collaterally attack and relitigate in this Court the Order for a four-year Injunction entered by the Hon. Ryan Nilsestuen, State of Wisconsin Circuit Court Judge in the Circuit Court for Dane County, Wisconsin, on May 27, 2025, in Petitioner v. Drone, Dane County Case No. 23 CV 2928, in favor of Paula Goodman against plaintiff Drone under Wisconsin's harassment injunction statute, Wis. Stat. § 813.125. (Docket #1, ¶ 90, Exhibit U, p. 2/6.) The acts of harassment against the Goodmans found by Judge Nilsestuen in the harassment action to have been committed by Drone all took place in Wisconsin and stemmed from the dispute between Drone and the Goodmans over rights to jointly-owned real estate located at 1430 Ellen Avenue, Madison, Wisconsin. Drone's appeal of the Order for Injunction to the State of Wisconsin Court of Appeals is currently pending, Case No. 25 AP 1531. (Docket #1, ¶ 91, Exhibit U, p. 1/6.)

As such, under the Rooker-Feldman Doctrine, the Court lacks subject matter jurisdiction over all of plaintiff's claims that challenge the Order of the Wisconsin Circuit Court, Searle v. Allen, 148 F.4th 1121, 1130 (9th Cir. 2025)("Rooker-Feldman bars Searle from directly challenging the state court foreclosure judgment in federal court."); Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284, 292 (2005).

Plaintiff's Complaint must fail for a multitude of other reasons, but, in the first instance, because this Court does not have personal jurisdiction over defendants Goodman, Klein and Porter. None of the allegations of the Complaint allege facts that would support personal jurisdiction over defendants. Defendants have not invoked the jurisdiction of any court in California and none of the defendants have any contacts with the State of California. Plaintiff has not alleged facts or submitted evidence to support any conclusion to the contrary. None of the

EKL - 2

alleged wrongful acts took place in California and they were not intended to have any impact in California.

2.    Facts:

All of the facts alleged in plaintiff's Complaint pertain to actions allegedly taken in the course disputes in litigation in the Circuit Courts of the State of Wisconsin.

Defendants dispute all of the facts alleged in all of the 100-plus counts plaintiff has alleged against them in his Complaint.

3.    Legal Issues:

    A.    Are defendants state actors in the meaning of 42 U.S.C. § 1983?

    B.    Were the acts of defendants alleged to be unlawful taken under color of state law?

4. Motions:

Defendants have filed motions to dismiss for lack of persona and subject matter jurisdiction.

5.    Amendment of Pleadings:

Defendants filed motions to dismiss under F.R.C.P. 12. In the event those motions are not granted, defendants will need time to file their Answers.

6.    Evidence Preservation:

Plaintiff has refused to meet ans confer with counsel for defendants.

Defendants don't expect that evidence preservation issues will arise.

7.    Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26, and a description of the disclosures made.

EKL - 3

None of the parties have made disclosures under Rule 26. Defendants reserve the right to do so in the event this case is not disposed of by their motions to dismiss.

8.    Discovery:

No discovery has been initiated.

9.    Class Actions:

This is not a class action.

10.    Related Cases:

This case is directly related to Drone v. Bear, et al., CAND Case No. 25 CV 9583, which is also pending in this Court.

11.    Relief:

N/A

12.    Settlement and ADR:

Settlement discussions and ADR have not been attempted and defendants are unlikely to agree to undertake any such efforts,

13.    Other References:

Defendants are not amenable to such referrals.

14.    Narrowing of Issues:

Defendants are open to suggestions for narrowing of issues and expediting the presentation of evidence at trial.

15.    Scheduling:

Defendants propose that scheduling be deferred until after the motions to dismiss have been decided.

16.    Trial:

EKL - 4

Defendants propose that matters relating to trial be deferred until after the motions to dismiss have been decided.

17.    Disclosure of Non-party Interested Entities or Persons:

N/A

18.    Professional Conduct:

I have reviewed the Guidelines for Professional Conduct for the Northern District of California.

19.    Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

N/A

Respectfully submitted this 6th day of April, 2026.

_/s/ A. Steven Porter_
A. Steven Porter
Appearing pro hoc vice
Wisconsin State Bar No. 1000195
Attorney for Defendants
Paula Goodman, Joseph J. Klein
And himself, Allen Steven Porter

P.O. Box 7093
Madison, Wisconsin 53707
(608) 662-2285
Fax: (608) 819-6466
(608) 698-9319 (cell)
asp5949@gmail.com

EKL - 5