Lee Drone
3964 Rivermark Plaza #2514
Santa Clara, CA 95054
Phone Number: (408) 510-8639
Fax Number: (650) 523-9988
Email:  lee.drone@gmail.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LEE DRONE | ) Case No.: 5:25-cv-09580-EKL |
| Plaintiff, | ) **PLAINTIFF'S CASE MANAGEMENT** |
| vs. | ) **STATEMENT** |
| RYAN D. NILSESTUEN ET AL., | ) DATE:  04-22-2026 |
| | ) TIME:  10:00 AM |
| | ) DEPT:  Court Room 7 |
| Defendant(s). | ) JUDGE:   Hon. Eumi K. Lee |

PLAINTIFF'S CASE MANAGEMENT STATEMENT

## I. CASE SUMMARY

This action arises under 42 U.S.C. § 1983 and the Fourteenth Amendment and concerns discrete acts by each Defendant, including judicial and non-judicial actors alleged to have been taken outside lawful authority, resulting in ongoing constitutional injury to Plaintiff in this District. As pleaded in the Complaint, Plaintiff does not seek appellate review of any state-court judgment. Rather, Plaintiff alleges independent federal violations arising from discrete acts by each Defendant, including actions taken outside lawful authority and in the absence of jurisdiction, resulting in deprivations of rights protected under federal law. The action seeks declaratory, injunctive, and monetary relief for those alleged violations.

The allegations set forth in the Complaint are supported by specific underlying facts and documentary materials, including exhibits incorporated therein. Plaintiff has endeavored to plead the claims based on verifiable facts rather than conclusory assertions.

At bottom, this case presents a straightforward federal question: whether the alleged conduct of Defendants, as pleaded and supported by documentary materials, violated clearly established constitutional protections.

The alleged constitutional violations are not merely historical. As a result of the conduct described in the Complaint, Plaintiff has experienced ongoing and continuing harm, including economic and professional harm resulting from the conduct alleged in the Complaint. These effects underscore the present and continuing nature of the injury and the need for resolution of the claims.

This action does not seek to adjudicate property rights, ownership interests, or any underlying dispute referenced by Defendants. Any references to such matters provide background context only and do not form the basis of the claims asserted herein.

Plaintiff further clarifies that any related state-court proceedings remain ongoing and have not resulted in a final adjudication at the time of this filing. The claims asserted in this action do not depend on the outcome of any such proceedings and arise independently under federal law. As alleged in the Complaint, the claims arise from conduct occurring after the state court determined it lacked personal jurisdiction and dismissed the underlying matter, including the

PLAINTIFF'S CASE MANAGEMENT STATEMENT

continued maintenance and effect of an injunction that was not vacated. These allegations concern actions taken outside lawful authority and form the basis of the asserted constitutional violations.

## II. SERVICE OF PROCESS

Defendants have appeared and responded to the Complaint, including through motions to dismiss. Any issues relating to service are presently before the Court and do not impede the progress of this action.

## III. JURISDICTION AND VENUE

This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343, as the action arises under federal law. Venue is proper in this District because Plaintiff resides in this District and the alleged injuries were suffered in this District.

## IV. PENDING MOTIONS

Multiple motions to dismiss are currently pending and set for hearing on April 22, 2026, with additional related hearings scheduled for April 29, 2026. Plaintiff has opposed these motions and maintains that the Complaint adequately pleads both subject-matter jurisdiction and personal jurisdiction as to each Defendant based on allegations specific to that Defendant.

Plaintiff further notes that the issues raised in the pending motions are governed by the allegations as pleaded, and that, to the extent Defendants characterize those allegations differently, such characterizations do not reflect the Complaint as pleaded.

Plaintiff submits that such issues are not appropriate for resolution at the pleading stage to the extent they require the Court to resolve factual disputes or draw inferences contrary to the Complaint.

Plaintiff also notes that the Complaint includes detailed factual allegations supported by referenced materials, further demonstrating that the claims are grounded in concrete factual assertions rather than speculation.

PLAINTIFF'S CASE MANAGEMENT STATEMENT

**V. CASE STATUS AND PROPOSED SCHEDULE**

This case remains at the pleading stage. No discovery has commenced.

Plaintiff proposes that further case scheduling, including deadlines for discovery and dispositive motions, be addressed following resolution of the pending motions to dismiss.

**VI. DISCOVERY**

No discovery has commenced. Plaintiff anticipates that discovery, if necessary, will primarily concern clarification and confirmation of facts already reflected in documentary materials underlying the Complaint.

Based on the nature of the claims and the existing evidentiary record, Plaintiff presently anticipates that discovery may be limited in scope. However, Plaintiff does not waive the right to seek discovery as appropriate.

Plaintiff proposes that discovery commence, if necessary, after the Court resolves the pending motions to dismiss.

**VII. ADR**

Plaintiff is open to participating in alternative dispute resolution at an appropriate stage. However, Plaintiff believes ADR may be premature prior to resolution of the threshold legal issues raised in the pending motions.

**VIII. RELATED CASES**

Plaintiff is not aware of any related cases within the meaning of Civil Local Rule 3-12. Plaintiff further clarifies that this action is distinct from any separate proceeding, including Case No. 5:25-cv-09583. While the matters may share limited background context, they involve different claims, parties, and legal theories. This action must be evaluated solely on the allegations pleaded herein, which assert independent federal claims and do not incorporate or depend on claims asserted in any other matter.

PLAINTIFF'S CASE MANAGEMENT STATEMENT

**IX. RELIEF REQUESTED**

Plaintiff seeks declaratory, injunctive, and monetary relief as set forth in the Complaint.

**X. TRIAL**

Plaintiff requests a jury trial. The case is expected to require approximately 3–5 days.

**XI. OTHER MATTERS**

Due to Plaintiff's pro se status and the adversarial posture of this case, a joint case management statement was not prepared.

Dated: April 7, 2026

Respectfully submitted,

_____
Lee Drone
3964 Rivermark Plaza, Unit #2514
Santa Clara, CA 95054
*Plaintiff, Pro Se*

PLAINTIFF'S CASE MANAGEMENT STATEMENT