ELLEN V. LEONIDA (State Bar No. 184194)
E-Mail:    *eleonida@sideman.com*
ANDRE FONTANA (State Bar No. 324801)
E-Mail:    *afontana@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Nonparty Josh Kaul, Attorney
General for the State of Wisconsin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

<table>
<tr><td>LEE DRONE,<br><br>          Plaintiff,<br><br>     v.<br><br>JUDGE RYAN D. NILSESTUEN ET AL.,<br><br>          Defendants.</td><td>Case No. 5:25-cv-09580-EKL<br><br>**REPLY IN SUPPORT OF NONPARTY JOSH KAUL, ATTORNEY GENERAL FOR THE STATE OF WISCONSIN'S MOTION TO QUASH SERVICE OF PROCESS OR IN THE ALTERNATIVE TO DISMISS**<br><br>Judge:  Hon. Eumi K. Lee<br>Date:   April 22, 2026<br>Time:  10:00 a.m.<br>Crtrm.: 7</td></tr>
</table>

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

## I.    INTRODUCTION

Plaintiff's Opposition (ECF No. 42) appears to operate as a statement of non-opposition with respect to Nonparty Attorney General Josh Kaul's Motion. In his Motion, Attorney General Kaul seeks to quash service of the summons that was issued to him improperly because he is not a party to the suit. In the alternative, and to the extent that he is deemed a party to the suit, Attorney General Kaul seeks dismissal of the Complaint—insofar as it applies to him—because no claims have been asserted against him.

Plaintiff concedes these arguments, admitting that his suit asserts no claims against Attorney General Kaul and stating that he does not oppose quashing service of the summons here. Accordingly, the Court should quash service of summons on Attorney General Kaul.

## II.    ARGUMENT

In his Opposition, Plaintiff states that he "does not assert claims against the Wisconsin Attorney General and does not oppose quashing of service to the extent the Court deems it appropriate." (Opp. at 4.) The parties are therefore in agreement that the Complaint states no claim as to Attorney General Kaul. (*See* Mot. at 3.)

However, the Court need not reach that issue, since Plaintiff does not oppose the preceding issue presented in the Motion: whether to quash service of summons as to Attorney General Kaul. Attorney General Kaul seeks to quash service of summons issued to him in this action. Because Attorney General Kaul is not a party to this action, a summons commanding him to appear is improper under Rule 4. The Court therefore has discretion to quash service of that improper summons. (Mot. at 2–3.)

Plaintiff concedes in his Opposition that "the appropriate remedy [for a summons improperly issued] is to quash or permit correction of service." (Opp. at 4.) And as Attorney General Kaul notes in his Motion, the Court has discretion to quash service of an improperly issued summons, such as the one here. (Mot. at 3 (citing *Wasson v. Riverside Cnty.*, 237 F.R.D. 423, 424–25 (C.D. Cal. 2006).) To be sure, correction of service of summons would be unnecessary here, especially since Plaintiff acknowledges that Attorney General Kaul "is not a target of liability in this action" (Opp. at 3) and thus will still have no claims asserted against him

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

(or, for that matter, will still be no party) to this action. Thus, the parties agree that the Court may quash service of the summons issued as to Attorney General Kaul, as it was issued improperly under Rule 4.

### III.    CONCLUSION

Accordingly, the Court should quash the service of summons as to Attorney General Kaul.


DATED:  April 15, 2026                          SIDEMAN & BANCROFT LLP


By:    _____
          Andre Fontana
          Attorneys for Nonparty Josh Kaul,
          Attorney General for the State of Wisconsin

LAW OFFICES

SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711