UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DRONE,<br><br>             Plaintiff,<br><br>      v.<br><br>RYAN D. NILSESTUEN, et al.,<br><br>             Defendants. | Case Nos.  25-cv-09580-EKL<br><br>**ORDER GRANTING MOTION TO QUASH**<br><br>Re: Dkt. No. 37 |

Before the Court is non-party Attorney General Josh Kaul's motion to quash service of process or in the alternative to dismiss because he was not named as a defendant in this lawsuit. ECF No. 37.  Under Rule 4(a)(1), a proper summons must "be directed to the defendant."  Fed. R. Civ. P. 4(a)(1)(B).  Plaintiff Lee Drone does not dispute that Attorney General Kaul is not a defendant in this lawsuit and agrees that "the appropriate remedy is to quash."  Opp. at 4, ECF No. 42.  Accordingly, the Court GRANTS Attorney General Kaul's motion to quash.

**IT IS SO ORDERED.**

Dated: April 20, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California